```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| STANDARD INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>KEITH BENNETT and KRISTEN LEE BARBER, solely in her capacity as parent or guardian of her minor son A.B. and her minor daughter A.B.,<br><br>        Defendants. | NO. CV-10-5055-EFS<br><br>**ORDER APPROVING SETTLEMENT AND CLOSING FILE** |
|---|---|

The parties in this matter entered into a settlement agreement. After reviewing the filed materials, including the Guardian Ad Litem (GAL) report (ECF No. 32), the Court concludes the proposed settlement is fair and adequate and should be approved. Accordingly, **IT IS HEREBY ORDERED**:

    1.   The Complaint **(ECF No. 1)** is **DISMISSED with prejudice**.

    2.   The Clerk of Court shall deduct a fee, as set by the Director of the Administrative Office and authorized by the U.S. Judicial Conference, from the income received on the $204,615.55 previously deposited into a federally-insured interest-bearing account.

    3.   The Clerk of Court shall then pay GAL Gregory Beeler $350.00

ORDER ~ 1

out of these deposited monies.

3. The Clerk of Court shall then divide the remainder of the deposited monies as follows: a) half of the remainder shall be forwarded to Keith Bennett (through his counsel, Edwin Alden, 1709 West 14th Ave., Kennewick, WA 99337), b) a quarter of the remainder shall be forwarded to daughter A.B. (through her counsel, Arthur D. Klym, 600 Swift Blvd. Ste. A, Richland, WA 99352), and c) the remaining quarter shall be forwarded to son A.B. (through his counsel, Mr. Klym).

4. All pending deadlines and hearings are **STRICKEN**.

5. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and the Financial Administrator.

**DATED** this ___10th___ day of May 2011.


S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge


Q:\Civil\2010\5055.settle.approve.wpd

ORDER ~ 2